UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CODE OF PRETRIAL CONDUCT;
CODE OF TRIAL CONDUCT.

Misc. No. 06-200(JAF)

### STANDING ORDER

The undersigned is adopting the Code of Pretrial Conduct and the Code of Trial Conduct promoted by The American College of Trial Lawyers, copy of which is appended to this Standing Order.

The Clerk will arrange for the electronic dissemination of these Codes through the court's website. The same will represent a positive step toward improving and elevating standards of trial practice, the administration of justice, and the ethics of the profession.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 14th day of September, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge